# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

UNITED STATES OF AMERICA

    v.

CHRISTOPHER HAWKINS and
MARQUAN JENKINS,

    Defendants.

CR 525-001-11
CR 525-001-19

### ORDER

Before the Court is the Government's motion to dismiss certain counts of the indictment. Dkt. No. 1069. Specifically, the Government moves to dismiss Counts Forty, Fifty-Six and Sixty as to Defendant Christopher Hawkins and Count Fifty-Seven as to Defendant Marquan Jenkins. Id. The Government's motion was contingent upon co-Defendant T'Kiya Eady entering a guilty plea to a related information in Case No. 5:26cr4. Eady has done so. Accordingly, the Court having considered the motion, and Defendants Hawkins and Jenkins having expressed they have no objection thereto, the motion is **GRANTED**. Counts Forty, Fifty-Six and Sixty as to Defendant Hawkins and Count Fifty-Seven as to Defendant Jenkins are hereby **DISMISSED**.

**SO ORDERED**, this 19th day of March, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA