# In the United States District Court for the Southern District of Georgia Waycross Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CR 525-001 |
| v. | ) | |
| | ) | |
| CHRISTOPHER HAWKINS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Defendant Christopher Hawkins's motion to file his sentencing memorandum under seal. Dkt. No. 1235. After consideration, and for good cause shown, the motion is **GRANTED.** Defendant's sentencing memorandum shall be filed under seal until further Order of the Court.

**SO ORDERED**, this 10th day of September, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA