# In the United States District Court for the Southern District of Georgia Waycross Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CR 525-001-11 |
| v. | ) | |
| | ) | |
| CHRISTOPHER HAWKINS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Government's motion to dismiss Count Thirty-Nine of the Indictment as to Defendant Christopher Hawkins. Dkt. No. 1259. After consideration, and for good cause shown, the motion is **GRANTED.** Count Thirty-Nine against Defendant Hawkins is hereby **DISMISSED.**

**SO ORDERED**, this 16th day of October, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA